In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00444-CR
_____

**ASHLEY MCFARLAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 19-32381**

**MEMORANDUM OPINION**

On November 4, 2019, the trial court sentenced Ashley McFarland on a conviction for unauthorized use of a motor vehicle. McFarland filed a notice of appeal on November 15, 2019. The trial court entered a certification of the defendant's right to appeal, in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On

1

December 4, 2019, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on January 14, 2020
Opinion Delivered January 15, 2020
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.